IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY DEMETRIUS HOYT, SR.,

    Plaintiff,

vs.                                Case No. 1:13cv127-MP/CAS

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the Court upon referral from the clerk.

In an order filed December 19, 2013, pro se Plaintiff was directed to file a memorandum in support of his position by February 3, 2014. Doc. 21. When Plaintiff did not file the Memorandum as directed, this court entered a show cause order giving Plaintiff one final opportunity to file the Memorandum as previously directed by February 21, 2014. Doc. 22. Both orders warned Plaintiff of dismissal if he did not comply. To date, no memorandum has been received, despite the Plaintiff's earlier desire to proceed with his case. See doc. 10.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27

(1991).  Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993).  Plaintiff did not comply with a court order and prosecute this case.  As a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to file the Memorandum as directed. See doc. 18 at 3 (Order re general information regarding the contents of a Memorandum). Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 24, 2014.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**