IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY DEMETRIUS HOYT, SR.,

    Plaintiff,

v.   CASE NO. 1:13-cv-00127-MP-CAS

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 24, 2014. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (Doc. 23) is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the Court.

**DONE AND ORDERED** this   _23rd_ day of April, 2014

                      *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge